1408

2016–1876. **Premier Therapy, L.L.C. v. Childs.**
Columbiana App. Nos. 2014 CO 0048 and 2015 CO 0028, 2016-Ohio-7934. Appeal and cross-appeal not accepted.

FISCHER, J., dissents and would accept the appeal on proposition of law No. II.